# United States District Court
## For The Western District of North Carolina
### Statesville Division

CHARLES M. CASSELL, III,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                              CASE NO. 5:01CV153-2-MU

THOMAS SCHOBER, GUERNY
CONNOLLY, DAVID GUESS,
KAY CASS, BOBBY GRUBB,
MICHAEL HOPPENRATH, TERRY
ALMOND, HAROLD HARP, AND
DALE HAGUE,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2006, Order.

                Signed: April 25, 2006

                Frank G. Johns, Clerk
                United States District Court